

**IT IS ORDERED as set forth below:**

**Date: January 5, 2016**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

QUINTINA CHENEAU PLATT,

      Debtor.

CASE NO. 15-69766-BEM

CHAPTER 13

### O R D E R

      Debtor's Motion to Reconsider Order of Dismissal [Doc. 19] came before the Court for hearing on January 5, 2016. Debtor failed to appear at the hearing and no one appeared on her behalf. Accordingly, it is ORDERED that the Motion is DENIED for lack of prosecution.

**END OF ORDER**

## **Distribution List**

Quintina Cheneau Platt
Apt. 104
290 MLK Jr. Dr.
Atlanta, GA 30312

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740